IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENNSYLVANIA HEAVY & HIGHWAY CONTRACTORS PENSION FUND,**<br>c/o GEM GROUP<br>1200 Three Gateway Center<br>Pittsburgh, PA 15222<br><br>and<br><br>**MICHAEL SAPORITO, TRUSTEE,**<br>20 East Union Street, Rear<br>Suite 120, First Floor<br>Wilkes-Barre, PA 18701<br><br>*Plaintiffs,*<br><br>v.<br><br>**SKS MANUFACTURING, INC.,**<br>45 Miller Avenue<br>Uniontown, PA 15401<br><br>*Defendant.* | CIVIL ACTION NO. 1:17-cv-894 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs hereby dismiss the above-captioned action against **SKS Manufacturing, Inc.**, with prejudice.

Respectfully submitted,
**SPEAR WILDERMAN, P.C.**

BY:_____
Syretta Jasmine Martin
230 South Broad Street, Suite 1400
Philadelphia, PA 19102
(215) 732-0101
Attorney for Plaintiffs

Dated: August 28, 2017